SHELTON ENGINEERING CONTRACTORS, LTD. *v.*
HAWAIIAN PACIFIC INDUSTRIES, INC., ET AL.

No. 4690.

SHELTON ENGINEERING CONTRACTORS, LTD. *v.*
MARK CONSTRUCTION, INC., ET AL.

No. 4691.

November 7, 1969.

Richardson, C.J., Abe, Levinson, JJ., Circuit Judge King
in Place of Kobayashi, J., Disqualified, and
Circuit Judge Hawkins in Place of
Marumoto, J., Disqualified.

*Per Curiam.* The petition for rehearing is denied without argument.

*Joseph A. Ryan* for the petition.